IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VMWARE, INC., *et al.*,

        Plaintiffs,

  v.

SYSTEMIFY, LLC,

        Defendant.

                                /

No. C 12-749 SI

**ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS AND/OR TRANSFER TO JUNE 22, 2012**

Defendant's motion to dismiss and/or transfer this action is scheduled for a hearing on May 18, 2012. Both parties state in their papers that this Court should defer decision on defendant's motion until the motions to dismiss and transfer are resolved by Judge Navarro in the first-filed action, *Systemify LLC v. VMWare Inc.*, Case No. 2:12-cv-000130-GMN (D. Nev.).

Accordingly, the Court continues defendant's motion to dismiss and/or transfer to **June 22, 2012** at 9:00 a.m. The parties shall notify the Court when Judge Navarro has issued a decision in the Nevada case.

**IT IS SO ORDERED.**

Dated: May 7, 2012

                                              SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE