1  Katherine K. Lutton (SBN 194971)
   lutton@fr.com
2  Shelley K. Mack (SBN 209596)
   mack@fr.com
3  Leeron G. Kalay (SBN 233579)
   kalay@fr.com
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, CA 94063
   Telephone:  (650) 839-5070
6  Facsimile:  (650) 839-5071

7  Attorneys for Plaintiffs
   VMWARE, INC. and PACKETMOTION, INC.
8

9  Scott E. Stevens, Esq.
   scott@stevenslove.com
10 Gregory P. Love, Esq.
   greg@stevenslove.com
11 Darrell G. Dotson, Esq.
   darrell@stevenslove.com
12 STEVENS LOVE
   222 N. Fredonia Street
13 P.O. Box 3427
   Longview, TX  75601
14 Telephone:  (903) 753-6760
   Facsimile:  (903) 753-6761
15
   Attorneys for Defendant
16 SYSTEMIFY, LLC

17

18

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

19

20

21  VMWARE, INC. and PACKETMOTION, INC.,      Case No. 3:12-cv-00749-SI

                    Plaintiffs,

22                                            **[PROPOSED] ORDER GRANTING**
        v.                                    **JOINT STIPULATION OF DISMISSAL**
23
    SYSTEMIFY, LLC,
24
                    Defendant.
25

26

27

28

1

Before this Court is Plaintiffs VMware, Inc. and PacketMotion, Inc.'s and Defendant Systemify, LLC's Joint Stipulation of Dismissal. After reviewing the Joint Stipulation and for good cause shown, the Court is of the opinion that the stipulated dismissal should be granted.

Therefore, the parties' Joint Stipulation for Dismissal is APPROVED. Plaintiffs' claims for declaratory judgment of noninfringement and invalidity are hereby DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs, expenses and attorneys fees.

IT IS SO ORDERED.

DATED: 7/30/12

_____
The Honorable Susan Illston
United States District Court Judge